UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIX M. MONTECASTRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　Defendants. | Case No.  1: 20-cv-00977-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 12) |

　　　　Hendrix Montecastro, who is proceeding pro se is a state prisoner who initiated this civil rights action. (*See generally* Doc. 1.) The assigned magistrate judge found Plaintiff failed to comply with a Court order and failed to prosecute this matter. (Doc. 12) Specifically, Plaintiff violated Local Rule 183(b) by failing to keep the Court appraised of a current address. (*Id*.) Thus, the magistrate judge recommended the action be dismissed without prejudice. (*Id*. at 3.)

　　　　The Findings and Recommendations were served upon Plaintiff at the address on record on June 12, 2023. It contained a notice that any objections were to be filed within 14 days. (*Id*. at 3.) In addition, Plaintiff was informed the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*.) (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) On June 20, 2023, the findings and recommendations were returned as undeliverable with the notion that they were

"[u]ndeliverable, [n]o [m]ail [r]eceptacle."[1] To date, no objections have been filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendation are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 12, 2023 (Doc. 12) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 9, 2023**

UNITED STATES DISTRICT JUDGE

---

[1] Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective. Local Rule 182(f).